UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 19-47847

LYNETTA SHARRON STOKES,           Chapter 7

                Debtor.                             Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On March 14, 2014, the Debtor filed a voluntary petition for relief under Chapter 7 in this Court, commencing Case No. 14-44190. On June 18, 2014, the Court entered an Order dismissing that case, and prohibiting the Debtor from filing any new bankruptcy case, "unless and until the Debtor first pays in full the $226.00 filing fee for this case" (Docket # 35 in Case No. 14-44190, the "2014 Dismissal Order"). Despite this, on May 24, 2019, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this new bankruptcy case. Because the Debtor did not pay the overdue filing fee from the 2014 case, the Debtor's filing of this case was a violation of the 2014 Dismissal Order. For this reason,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on May 29, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge